UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APRIL HUNTER, ) | Case No. C06-1222-JCC-JPD |
| Plaintiff, ) | |
| v. ) | |
| ) | MINUTE ORDER |
| JO ANNE B. BARNHART, Commissioner, ) Social Security Administration, ) | |
| Defendant. ) | |

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The parties in the above-entitled case will convene for a status conference on Friday, January 5, 2007, at 10:00 a.m. in Courtroom 12A, to discuss the current status of this case.

DATED this 13th day of December, 2006.

Bruce Rifkin
Clerk of the Court


/s/  Becky Harris
Deputy Clerk